SEALED



PHILIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16 CR 00170 DAD BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| CHARLIE STEVENSON, ET AL., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 27, 2016, 21 u.s.c. 841(A)(1)-Possession With Intent to Distribute Cocaine, including Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued

shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants. This order is requested because the United States is concerned that release of the Indictment before arrest could lead the defendants to flee.

DATED: October 27, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:　October 27, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Motion to Seal Indictment　　　　　2