


1  PHILIP A. TALBERT
   Acting United States Attorney
2  DANIEL J. GRIFFIN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:16-CR-170 DAD/BAM |
|---|---|
| Plaintiff, | ) MOTION AND ORDER |
| v. | ) TO UNSEAL INDICTMENT |
| CHARLIE STEVENSON, ET AL. | ) |
| Defendants. | ) |

The Indictment in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through Philip A. Talbert, Acting United States Attorney, and Kimberly A. Sanchez and Christopher D. Baker, Assistant United States Attorneys, hereby moves that the Indictment in this case be unsealed and made public record.

Dated:  November 3, 2016

PHILIP A. TALBERT
ACTING UNITED STATES ATTORNEY

BY: /s/ Kimberly A. Sanchez
    KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: November 3, 2016

Honorable BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE