UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR GONZALEZ VEGA,<br><br>    Defendants. | No. 1:16-cr-00169-DAD-BAM<br><br>ORDER RE DISCOVERY MANAGEMENT <u>IN ALL RELATED CASES</u> |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLIE STEVENSON and DARIAN HATCHER,<br><br>    Defendants. | No. 1:16-cr-00170-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMAR JOHNSON,<br><br>    Defendants. | No. 1:16-cr-00172-DAD-BAM |

1

| UNITED STATES OF AMERICA, | No. 1:16-cr-00173-DAD-BAM |
| --- | --- |
| Plaintiff, | |
| v. | |
| KHALIF CAMPBELL et al, | |
| Defendants. | |

| UNITED STATES OF AMERICA, | No. 1:16-cr-00174-DAD-BAM |
| --- | --- |
| Plaintiff, | |
| v. | |
| ANTHONY THOMAS and DEVONE JOHNSON, | |
| Defendants. | |

| UNITED STATES OF AMERICA, | No. 1:16-cr-00175-DAD-BAM |
| --- | --- |
| Plaintiff, | |
| v. | |
| DIONNE SINGLETON, | |
| Defendants. | |

| UNITED STATES OF AMERICA, | No. 1:16-cr-00176-DAD-BAM |
| --- | --- |
| Plaintiff, | |
| v. | |
| DEJOHN WILEY et al., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT GONZALEZ et al., <br><br> Defendants. | No. 1:16-cr-00187-DAD-BAM |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY RAMIREZ, <br><br> Defendants. | No. 1:16-cr-00188-DAD-BAM |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS VELAZQUEZ-JUAREZ, <br><br> Defendants. | No. 1:16-cr-00189-DAD-BAM |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RASHAD HALFORD and STEPHEN HILL, <br><br> Defendants. | No. 1:16-cr-00190-DAD-BAM |

On January 4, 2017 and March 6, 2017, the court has held budgeting hearings with all defense counsel appointed under the Criminal Justice Act in these related cases.[1] In the course of

---

[1] All retained counsel have also been invited to attend these budgeting conferences.

3

those conferences it has been determined that utilization of litigation support services provided by Behind the Gavel of Spokane, Washington would be the most efficient and economical way to disseminate discovery produced by the government to defense counsel in a searchable format in these related cases.

The court issues this order to clarify any questions that counsel may have with respect to this arrangement. Accordingly:

1. All the discovery provided to Behind the Gavel to date is intended for the use of all counsel in these related cases. In the event certain discovery materials are to be made available only with respect to select defendants and their attorneys, counsel for the government will produce that discovery directly to the counsel in question;

2. Behind the Gavel's litigation support services are available to all CJA-represented defendants in all of the related cases and Behind the Gavel will provide the organized discovery to all appointed defense counsel;

3. Retained counsel may purchase Behind the Gavel's work product at a pro-rata share of the total cost for all defendants, as determined by Behind the Gavel, and Behind the Gavel will then deduct from its final bill to the Court any fees paid by retained counsel for that work product; and

4. The court directs Behind the Gavel to work with the U.S. Attorney's Office for the Eastern District of California to ensure distribution of the relevant discovery to defense counsel in each of these related cases.

IT IS SO ORDERED.

Dated: __**May 26, 2017**__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE