PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE STEVENSON, <br>　　AKA, "C-BO," and <br> DARIEN HATCHER, <br>　　AKA, "DAFF," <br><br> Defendants. | CASE NO. 1:16-CR-00170-DAD-BAM <br><br> APPLICATION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT <br><br> DATE: TBA <br> TIME: TBA <br> COURT: HON. DALE A. DROZD |

APPLICATION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Phillip A. Talbert, the United States Attorney for the Eastern District of California, and Assistant United States Attorneys Kimberly A. Sanchez and Christopher D. Baker, hereby seeks leave of court to file a dismissal of the Indictment against defendants Charlie Stevenson and Darien Hatcher, without prejudice and in the interest of justice, in Case No. 1:16-cr-00170-DAD-BAM. A superseding indictment charging both defendants and a third

co-defendant (Robert Gonzalez) was filed on November 17, 2016, in Case No. 1:16-cr-00187-DAD-BAM (CR 26).

Dated:  November 27, 2017       PHILLIP A. TALBERT
                                United States Attorney

                          By:    /s/ Christopher D. Baker
                                KIMBERLY A. SANCHEZ
                                CHRISTOPHER D. BAKER
                                Assistant U.S. Attorneys

## DISMISSAL OF INDICTMENT

By leave of court, and pursuant Federal Rule of Criminal Procedure 48(a), the United States Attorney dismisses without prejudice the Indictment in this matter against defendants Charlie Stevenson and Darien Hatcher in Case No. 1:16-cr-00170-DAD-BAM.

Dated:  November 27, 2017       PHILLIP A. TALBERT
                                United States Attorney

                          By:    /s/ Christopher D. Baker
                                KIMBERLY A. SANCHEZ
                                CHRISTOPHER D. BAKER
                                Assistant U.S. Attorneys

## ORDER

Upon application of the United States Attorney and in the interest of justice, the court dismisses without prejudice the Indictment in this matter against defendants Charlie Stevenson and Darien Hatcher in Case No. 16-cr-00170-DAD-BAM.

IT IS SO ORDERED.

Dated:  **November 27, 2017**           _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE